# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CARNELL SMITH, on behalf of
himself and all others similarly situated,

    Plaintiff,

  v.

FIFTH THIRD BANK,

    Defendant.

Case No. 1:18-cv-464

Black, J.

Bowman, M.J.

## REPORT AND RECOMMENDATION

On March 29, 2018, Plaintiff filed this action in the United States District Court for the Middle District of Florida. On June 8, 2018, Defendant filed a motion to dismiss for failure to state a claim. (Doc. 22). While that motion remained pending, on July 10, 2018, the case was transferred to this Court. On September 10, 2018, Plaintiff filed an amended complaint. (Doc. 52).

The presiding district judge has referred this case to the undersigned magistrate judge for disposition of all pretrial and post-judgment motions, including the rendering of a report and recommendation on any dispositive matters. (Doc. 45). Accordingly, because Plaintiff's amended complaint renders moot Defendant's pending motion, **IT IS RECOMMENDED THAT** Defendant's motion to dismiss (Doc. 22) be **DENIED AS MOOT**.

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CARNELL SMITH, on behalf of himself and all others similarly situated, | Case No. 1:18-cv-476 |
| Plaintiff, | Black, J. |
| | Bowman, M.J. |
| v. | |
| FIFTH THIRD BANK, | |
| Defendant. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).